IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NARI SUDA LLC, a Delaware corporation, dba Nari; and Pakin Corporation, a California corporation, dba Kin Khao, on behalf themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,<br><br>        Defendant. | No. 3:20-cv-01476-HZ<br><br>JUDGMENT |

HERNÁNDEZ, District Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED:___September 6, 2021_____.

                                                       _____
                                                       MARCO A. HERNÁNDEZ
                                                       United States District Judge

1 – JUDGMENT